McNeal et al
   V.                            Case No. 3:21-CV-00341-DWD
Watson et al

### Motion to Assign Special Counsel

Now comes Plaintiff Christopher McNeal Sr. praying this Honorable Court will hear his motion

Plaintiff McNeal Plead that this Honorable Court assign Plaintiffs with counsel as not all Plaintiffs are legal literate and does not understand legal terminology. All Plaintiffs that are still housed at the Saint Clair County Jail are not housed in the same cell block leaving some Plaintiffs with no help. Plaintiffs require experienced counsel to be successful in this case with so many licensed attorneys as defendants.

Plaintiff McNeal pray this Honorable Court will approve his motion!

*Christopher McNeal Sr.* (signature)
Christopher McNeal Sr.
Dated: 4-5-2021

Christopher McNeal Sr. #460700
750 North 5th Street
Belleville, IL 62220

Legal Mail

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, IL 62201

Legal Mail

Christopher McNeal SC-466406
700 North 5th Street
Belleville, IL 62220

SAINT LOUIS MO 630
7 APR 2021 PM 8 L

MAIL CLEARED
US MARSHALS

Legal Mail

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, IL 62201

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

62201-295429

RECEIVED
APR - 9 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE