Several of us are recieving paperwork 2, 3, and 4 weeks after it is postmarked! This is due to Jail Staff holding mail to delay filings!

Cameron Bell Sr.

21-341

Cameron Balk Sr. #468008
705 N. 5th Street
Belleville, IL 62220

Legal Mail

MAIL CLEARED
US MARSHALS

SAINT LOUIS MO 630
22 APR 2021 PM 6 L

Clerk
United States District Court
750 Missouri Ave.
East St. Louis, IL 62201



RECEIVED

APR 26 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT ILLINOIS
EAST ST. LOUIS OFFICE