McNeal et. al
v.
Watson et. al

Case No 3:21-CV-00341-DWD

Motion to show Due Diligence accomplished

Plaintiffs pray this honorable court will hear their motion.
Plaintiffs have written to numerous attorneys and have only received a reply from H. Kent Heller of Heller, Holmes + Associates, P.C. Law Firm stating that they are unable to assist plaintiffs with this case.
Plaintiffs ask this court to assign an Attorney to assist plaintiffs with this difficult case.
Please see attached response letter which was sent to Plaintiff Jestine Myers #470434.

5-30-2021

x Cameron Belk Sr.
Cameron Belk Sr.

BRENT D. HOLMES
H. KENT HELLER
FRED JOHNSON
HEATH UPPENCAMP*
JENNIFER A. STUART
GINA VONDERHEIDE

HARLAN HELLER
RETIRED

LAW OFFICES OF
HELLER, HOLMES & ASSOCIATES, P.C.
A PROFESSIONAL CORPORATION
1101 BROADWAY
P.O. BOX 889
MATTOON, ILLINOIS 61938-0889
(217) 235-2700
FAX NO. (217) 235-0743



March 3, 2021

**LEGAL MAIL**

Mr. Jestine Myers #470434
St. Clair County Jail
700 N. 59th St.
Belleville, IL 62220

Dear Mr. Myers:

    Due to our work with Hepatitis C cases, I will be unable to assist you with your matter. Thank you for considering Heller, Holmes & Associates, P.C. to be of service.

Very truly yours,

H. Kent Heller

HKH/kjs
myers 3.3.21 letter to jestine myers

*Also Licensed in Indiana

Cameron Belk Sr. #468008
St. Clair County Jail
700 N. 5th Street
Belleville, IL 62220

Legal Mail

Clerk
United States District Court
750 Missouri Ave.
East St. Louis, Illinois 62201

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

SAINT LOUIS MO 630
2 JUN 2021 PM 10 L

MAIL CLEARED
US MARSHALS

Deposited in Outgoing Mail on 5-31-21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

JUN - 4 2021

RECEIVED