McNeal et al

v

Watson et al                    Case No: 3:21-cv-00341-DWD

motion To Inform #1

Now come plaintiffs in this case informing this court of nefarious and illegal action against plaintiffs by defendants in thi case.

1) Defendants have re-housed several plaintiffs in an obvious attempt to frustrate the continuity of this valid lawsuit. This is a tactic that is entrenched in the St. Clair County Jail which is used by the Jails Assistant Superintendant Captain Collins and Jails Housing officer Lt. Struberg to punish anyone who files litigation for civil rights violations, etc. at St. Clair County Jail.

2) Defendants recently moved main plaintiff Christopher McNeal from I-block where most of the plaintiffs still reside.

3) Several officers have been warning plaintiffs that Jail Assistant Superintendant Captain Shon Collins stated that he would be seperating litigants who filed lawsuits in case numbers 20CH0327 (state) 3:21-cv-00142 DWD 21-CH-26 (state) for simply standing up for their civil rights. Plaintiffs will name officers when the court requires to keep Captain Shon Collins from tampering.

4) Officers have threatened Christopher McNeal to stop filing complaints and now refuse to give him complaint forms this stifling the detainee Grievance process. (Please see statements for officers names.)

5) In motion to Intervene, case No: 20-cv-00986 JPG CarJuan D. Adkins v. Richard Watson et al, plaintiffs identified correctional officer Sims and Internal Affairs officer

Rodney wilson as the persons reponsible for holding, tampering, delaying, destroying, or opening detainees legal mail. motion was dated 1-3-2021 Due to plaintiffs having an abundance of complaints and evidence of correctional officer sims nefarious acts in regard to Legal mail he attempted suicide in early march 2021 and is in a medically induced coma due to self injuries of gunshot wound to the head.

6) internal affairs officer Rodney wilson has recently attempted to blame missing and delayed mail on injured officer sims when Jestine Myers asked him about missing mail, because officer Sim is now not in a position to call him an accomplice.

7) Plaintiffs however have plenty of evidence that prove Internal Affairs officer rodney wilson is the main mail culprit.

8) plaintiffs have written to postmaster General several times But mail seems to make it out of the Jail.

9) plaintiffs have to U.S. Attorney in fairview heights numerous times about heinous crimes at the Jail and have received no response. please alert them for us.

Plaintiffs pray this Honorable court will honor their motion.

X *Cameron Belk*
Cameron Belk Sr.
8-7-2021

Cameron Belk Sr. #468008
St. Clair County Jail
700 N. 5th Street
Belleville, IL 62220

✳ Legal Mail

Clerk
United States District Court
750 Missouri Ave.
East St. Louis, Illinois 62201



INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

RECEIVED
AUG 27 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE