McNeal et al

v.

Watson et al

case No: 3:21-CV-00341-DWD

Motion to Inform #2

Now comes plaintiff Belk praying this Honorable Court will hear his motion.

1) Defendants in this case require each detainee to provide booking and release officers with a mail forwarding address. However, the Jail staff purposefully returns legal mail to its sender to confuse litigation.

2) Jail staff has delivered mail from this court 26 days after postmark because they know there is time sensitive information, because they have already received said information via e-mail communication.

3) Staff place detainees on their "Retaliation Hit List" and mail tampering hit list" controlled by Internal Affairs Officer Rodney Wilson when they file lawsuits. (See Attached)

4) Jail seperates and or isolates detainees to frustrate and disrupt continuity of valid lawsuits.

5) Jail staff to include Sgt. Nichols and C.O. Humphries were caught discussing tampering with Detainee Belk's legal files.

6) Mail handlers at jail continue to open legal mail which is clearly marked outside of the presence of detainees which is illegal.

7) Many detainees never received critical filling paperwork in this case.

8) Money is being deducted from some detainees accounts when they were informed they were dropped from the case for unknown reasons. They include Plaintiff Basillio Rosales-Cortez, Jose A. Mejia-Gutierrez and others.

I pray this Courts accepts this motion!

X _Cameron Belk Sr._
Cameron Belk Sr.

24 June 2020

## PLEASE RETAIN MAIL FOR THE FOLLOWING DETAINEES

- DERRICK ADAMS
- JULIAN ALEXANDER
- REGINALD ALEXANDER
- CEDRIC ALLEN
- BORIS ALS
- CAMERON BELK
- CAMERON BLAKE
- MARVION BRADY
- MICHAEL BROCK
- KEVIN BROWN
- DARRON CHAIRS
- DOMINIC COMBS
- BRANDON CRAIGHEAD
- JAMISON DAVIS
- JOHN DAVIS III
- CATRELL DENT
- HOWARD DOOLIN
- WILEY DOVER
- BENJAMIN DUCEY
- ALLEN EDWARDS
- CHRISTOPHER EASTERLING
- TREVON FENTON
- CHONTEZ GRAHAM
- CHRISTOPHER GRANT
- DEONTRA HARRIS
- JAREN HARVEY
- DEANDRE HICKMAN
- RMOND HICKMAN
- ARENZO HOFFMAN
- TREQUION HOLMAN
- AVION HOSKINS
- COBEY HOWARD
- CHARLES HOWLIET
- ANDREW HUBER
- DONALD HYGRADE
- WILLIAM JACKSON
- TERAN JEFFERIES
- BRANDON JIMMERSON
- DARNACIO JOHNSON
- JORDAN JOHNSON

- SAMUEL JOHNSON
- TERRELL JOHNSON
- TRAVION JOHNSON
- ROBERT KASSING
- DAVID KERSHNER-MATTINGLY
- SHANE KITTERMAN
- DEMON KNIGHT
- SHAWN LAFOLLETTE
- DEVONTE LINDSEY
- MICHAEL LINDSEY
- JAMES LOVELESS
- STEVEN MADDEN
- WILLIAM MAUSER
- ANDREW MCKISSIC
- WILLIE MCLEMORE
- JOSE MEJIA-GUTIERREZ
- JEREMY MITCHELL
- DOMINICK MOHEAD
- STEPHEN MOORE
- ORMOND MOSLEY
- CHRISTOPHER NETTLES
- TRAVIS OLIVER
- DWAYNE ROBINSON
- KEON ROSE
- ALBERT ROSS
- DERRICK SEAY
- MAURICE SHELTON
- DEVYON SMITH
- JAYLEN STATEN
- AL STEWART
- TIMOTHY STOKES
- HERMAN TAYLOR
- BRANDON THROWER
- CHRISTOPHER WARLOCK
- WILLIAM WARNER
- MARTEZ WATSON
- DMARCO WILBOURN
- MARSHAWN WILLIAMS
- AMOS WINTERS

### *** ANY MAIL TO / FROM LEE OTIS, LEE GRIFFIN, or LEE OTIS GRIFFIN ***

- **DO NOT MARK ON THE ENVELOPE OR LETTER!**
- **IF THERE IS NOTHING IN THE LETTER, MAIL IT!**
- **DO NOT SEAL THE ENVELOPE!**
- **DO NOT LEAVE THE MAIL IN THE CHAPEL! PLEASE PLACE IT IN MY BOX IN BOOKING.**
- **DO NOT PLACE LEGAL MAIL IN MY BOX WITHOUT A NOTE & WHO IT IS FROM!**
- **IF THERE IS A QUESTION ABOUT LEGAL MAIL, ASK YOUR SUPERVISOR!**

Any mail found after scanning, please include a note inside it, indicating what you found (i.e. page, paragraph, top, bottom, middle etc., and sign or initial it with your D.S.N. please.)
Things I am looking for are:

- Writing victim(s) with *Active Order of Protection*
- Threats (of any kind) Writing witness to change testimony, what to say or not say
- Affidavits to/from witness(s)
- Writing about their case evidence (who, what, where, when, why)
- Gang related

If you have any questions, please ask, or send me an email.
Thank you,
Rodney Wilson
Corrections Intelligence Officer
St. Clair County Jail
rodney.wilson@co.st-clair.il.us

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
## E-CIGARETTE LIABILITY WAIVER
*Revised 04-22-21/TG*

By purchasing an electronic cigarette, you are certifying that you have read and agreed to the following disclaimers:

### PURCHASE DISCLAIMER

**NOTICE** <u>By purchasing an electronic cigarette, e-cigarette, "e-cig", or other similar device (collectively referred to as "e-cigarette") from Trinity Commissary, you agree and verify that you are at least 21 years of age or older.</u> The St. Clair County Sheriff's Department, its officers, employees, administrators, and representatives do <u>not</u> assume any liability for your purchase, use, or possession of any e-cigarette. The St. Clair County Sheriff's Department, its officers, employees, administrators, and representatives do <u>not</u> assume any liability for any personal or property damage that may result from your purchase, use, or possession of your e-cigarette.

### HEALTH DISCLAIMER

**WARNING** The FDA has not approved the use of e-cigarettes. E-cigarette products contain nicotine. Nicotine is an addictive chemical. Please be aware that nicotine may pose health risks to adults. E-cigarettes are not intended for use as smoking deterrents or to reduce dependence on traditional tobacco products. E-cigarettes are not intended for use by pregnant or nursing women, people with heart disease, high blood pressure, diabetes, asthma, sensitivities to nicotine, propylene glycol, or vegetable glycerin. Nicotine overdose may cause seizures or death. Please be aware of nicotine overdose symptoms such as vomiting, nausea, diarrhea, sweating, headaches, heart palpitations, trouble breathing, abdominal cramps, confusion, coma, fainting, increasing salivation, weakness or muscular twitching. You should not drink the e-liquid used in e-cigarettes. If the e-liquid comes in contact with your skin, you are advised to thoroughly wash and rinse the affected area.

### BATTERY DISCLAIMER

**NOTICE** By purchasing the e-cigarettes from Trinity Commissary, you are accepting full responsibility for proper battery usage. Batteries can fail without warning. By reading this Waiver and signing for your e-cigarette, you acknowledge the risks of lithium/lithium-ion batteries. Batteries may explode if mishandled. The St. Clair County Sheriff's Department, its officers, employees, administrators, and representatives are <u>not</u> liable or responsible for the use or misuse of the lithium/lithium-ion batteries contained in e-cigarette devices. The St. Clair County Sheriff's Department, its officers, employees, administrators, and representatives do <u>not</u> assume any liability for any personal or property damage that may result from the use or misuse of the lithium/lithium-ion batteries contained in e-cigarette devices.

*Any tampering, modifying, intentional breaking, and or other misuse of your e-cigarette constitutes a violation of the St. Clair County Jail Detainee Rules & Regulations.*

## E-CIGARETTE ORDER FORM

NAME: FIRST LAST                INMATE#                          BLOCK/CELL

| | MENTHOL E-CIGARETTE | $10.00/EACH | |
| | MIXED BERRY E-CIGARETTE | $10.00/EACH | |

Quantity

SIGNATURE                                                          TOTAL

BY SIGNING YOU ACKNOWLEDGE THE E-CIGARETTE AND COMMISSARY TERMS. YOU ALSO AUTHORIZE FUNDS TO BE DEDUCTED FROM YOUR TRUST ACCOUNT TO PAY FOR THIS ORDER. IF YOU ARE RELEASED, ON DISCIPLINE OR TRANSFERRED PRIOR TO RECEIVING YOUR ORDER YOU WILL BE OUT THE FUNDS AND E-CIGARETTE ITEM.                **ALL SALES ARE FINAL**

Detainee Cameron Belk requested greivance forms on 11-25-2020 @ 1920 hours. There are none to PASS out.

NICHOLS

*and copy*

*Received from CPL Germaine on 10-14-2620 @ 8:56 am*

*Attn: Major Crime*



# St. Clair County Jail
# DETAINEE GRIEVANCE FORM

*Note: Tampering/discarding mail is a federal Offense!*

Detainee Name: __Cameron Balk Sr.__

Cell Assignment: __I- Block__     Booking Number: __BN 201900864__

Date of Grievance Occurrence: __Ongoing   9-1-2020 etc.__

Nature of Grievance: __My mail, including several pieces of Legal Mail has not reached its intended destinations. Even prior to the Covid-19 Pandemic, my Attorney alerted me that my mail all of a sudden was taking longer to reach him! I always write the date I deposit legal mail on the back of the envelope. I believe my mail is being purposefully delayed, tampered with and or discarded! My mail started disappearing after I filed a federal lawsuit against this facility etc.! Where is my mail? Why has my mail been "Singled Out! I have recieved no follow-up to my previous "mail disappearing" complaints!__

Action/Response: __We do not tamper with or hold Mail.__
__I, Captain Collins, checked with supervisors & Officer Sims. No one is with holding your mail. Due to your accusations the jail implemented certified mail servi I informed of this on a prior complaint . Capt Collins 10/13/20__

Detainee's Signature: __Cameron Balk Sr.__     Date: __10-7-20__

Receiving Officer's Signature: _____     Date: _____

Shift Supervisor's Signature: __Sgt MD#441 Green__     Date: __10/12/2020__

**NOTE:  St. Clair County Sheriff's Department Request Complaint Form must be submitted
prior to filing a Detainee Grievance Form.**

REVISED 07/09/15

Recieved about 3 weeks to recieve this grievance form from when I first started asking for it on 10-6-2020. I had already filed several complaints. Grievances should be readily available to detainees.

# St. Clair County Jail
# DETAINEE GRIEVANCE FORM

Detainee Name: Cameron Belk Sr.

Cell Assignment: I-Block          Booking Number: BN 201900864

Date of Grievance Occurrence: 10-28-2020 (Ongoing)

Nature of Grievance: I have filed several complaints grieving this jails handling of the Corona Virus Pandemic and subsequent outbreak at the jail. Complaints detailed lack of preventative measures, cleaning, sanitation, along with negligence, no retesting, improper mask wearing, or no mask wearing at all, no isolation, illigitimate quarantines, jeopardizing detainees health by moving detainees back into I-Block directly after a 14 day quarantine of 11 covid positive detainees in one room which goes against CDC standards.

{ Quarantine - For persons who've had exposure to Covid-19 disease.
{ Isolation - For persons who've been infected with Covid-19 disease.
(continued on back of page)

Action/Response: _____ Forward to Admin.

I have responded to these complaints on prior complaints/request fors. Again the S.C.C.J ▓▓▓ is taking multiple measures to prevent the spread of covid 19 These measures have been explained to you on previous complaints/requests. ▓ 9.47 million people ▓ in the ▓▓ 4.5. Contracted covid 19. ▓ Covid 19 is a pandemic that is effective every-one capt callins

Detainee's Signature: Cameron Belk S.          Date: 10-28-2020

Receiving Officer's Signature: _____ ovens426 Date: 10-29-20

Shift Supervisor's Signature: _____ mesey 965 Date: 10-29-20

**NOTE: St. Clair County Sheriff's Department Request Complaint Form must be submitted 10/30/20 prior to filing a Detainee Grievance Form.**

Revised 07/09/15

*Received from C.O. Everette @ 2:57pm on 10-2-2020*

*Attn: (illegible)*
*It is well past the time to relieve Aramark of its duties here as they cannot provide the humane food service required here! It has recently been brought to my attention that my litigation against Aramark is nothing new! Similar claims have been made for several years. It is time for Jail Staff to quit covering up this inhumane service and get a new food service vendor!*

# St. Clair County Jail
# DETAINEE GRIEVANCE FORM

*This is the 1st Grievance form I have ever recieved after requesting one for well over a year. (Recieved 9-27-2020)*

**Detainee Name:** Cameron Belk Sr.

**Cell Assignment:** I-Block   **Booking Number:** 468008  *BN 20190064*

**Date of Grievance Occurrence:** 9-29-2020 etc, (Dietary Complaints: 31 Total)
*I have filed numerous complaints over the past 17 months about food/trays*

**Nature of Grievance:** prepared under the supervision of Aramark! Conditions not only have worsened, they have become drastically worse! Trays are still soaked with water (wetting cakes, cookies and bread), food is served cold, uncooked (hard beans, peas, etc), serving's are well under nutritional standards, (2oz rather than 8oz), cornbread, biscuit served with breakfast as pancake squares with syrup, biscuits uncooked inside. Drink combats still not cleaned correctly, drinks at meals served as diluted colored water (N: Sweater often) Pinto beans and Ham beans so watered down that guards even call it bean soup! These meals and the unsanitary manner they are served should be considered punishment. I continue to not recieve responses for the most part and the few responses I have recieved from Captain Collins State Inc has talked to Aramark staff which obviously has yeilded absolutely no results. It is extremely important to me that meals are portioned and prepared correctly as I don't eat the meat of low grade that is served with each meal because it irritates my stomach. Jail Staff and Wexfords Physician Dr. Marcowitz are aware and have refused to follow diet request by me and my personal physician Neurologist Dr. Carter who prescribed a vegetarian diet since I can't eat the low quality high sodium meats served with meals. This diet was refused by Dr. Marcowitz leaving me further with a deprived caloric intake. Additionally, 730 ILCS 125/15 states the Warden of the jail must furnish us with as much clean water as may be necessary for drink and personal cleanliness and serve us 3 times a day with wholesome food well cooked and efficient in quantity. Neither of these mandates are being met as both sinks in sleeping area locks up every night or approximately 30 minutes after 3-4 people use them and meals consistently don't meet any of the 3 requirements, staff even agree when serving meals that meals aren't even sufficient many days for a Pre-schooler.

**Action/Response:**
As of now Aramark will continue to provide food service to the St. Clair County Jail. I do understand that you aren't satisfied with Aramark, but the jail as a whole doesn't receive a high volume of complaints. The caloric value of meals served meets IJS. Per medical you don't have a medical need for a special diet.

**Detainee's Signature:** Cameron Belk L.   **Date:** 9-30-2020
Capt. Collins 10-2-2-

**Receiving Officer's Signature:** CE #45   **Date:** 9-30-20

**Shift Supervisor's Signature:** (signature)   **Date:** 9-30-20

**NOTE:** St. Clair County Sheriff's Department Request Complaint Form must be submitted prior to filing a Detainee Grievance Form.

REVISED 07/09/15

*Copied* Received @ 10:21am on 12-1-2020 by Sgt. Moore

Attn: Captain Collins



# St. Clair County Jail
## DETAINEE GRIEVANCE FORM

Detainee Name: Cameron Belk Sr.

Cell Assignment: I·Block     Booking Number: 201900 864

Date of Grievance Occurrence: 11-20-2020 (Ongoing)

Nature of Grievance: I am again grieving your denial for me to be present while my legal copies are made. There is no valid reason for my legal paperwork to have to be submitted to known unscrupulous staff to be copied, I should not have to give my legal files to your staff out of my presence for copying especially since I have pending litigation which involves you and several staff members. This can be viewed by courts as attempted usurping and circumvention of established discovery process and or attempted legal file tampering! My request to be present for legal paperwork copying is simple but continues to be refused under "Color of Law" by an obfuscated safety and security claim!

The copier is located in area that detainees aren't authorized to occupy. Due to security of jail.

Capt Collins 11-27-20

Action/Response: There is no provision in the "Copy Service" section of the rulebook for a detainee to be present when copies are made, nor should there be. If you don't trust officers to make copies for you, send them to your Fwd to Administration Family to make copies for you at a copy service. Do you have any proof of "attempted legal file tampering"?

Detainee's Signature: Cameron Belk Sr.     Date: 11-20-2020

Receiving Officer's Signature: #406 m.Kempf     Date: 11-20-20

Shift Supervisor's Signature: NICHOLS     Date: 11-20-2020

**NOTE: St. Clair County Sheriff's Department Request Complaint Form must be submitted prior to filing a Detainee Grievance Form.**

REVISED 07/09/15

December per Master List   ① Nose not covered   ② Face not covered

| Date | Time | Offender | # | Date | Time | Offender | # |
|---|---|---|---|---|---|---|---|
| 12/1/20 | 1:34am | C.O. Miller | 1 | 12/7 | 7:25pm | C.O. Becker | 2 |
| – | 1:58am | C.O. Miller | 1 | – | 7:32pm | C.O. Becker | 2 |
| – | 9:52am | Nurse Yvonne | 2 | – | 9:16pm | C.O. Becker | 1 |
| – | 4:33pm | C.O. Miller | 1 | – | 10:37pm | C.O. Becker | 2 |
| 12/2 | 3:43am | C.O. Miller | 1 | 12/8 | 7:30am | C.O. Everette | 1 |
| – | 9:11am | C.O. Briggs | 1 | – | 3:10pm | C.O. Briggs | 2 |
| – | 9:35am | C.O. Briggs | 1 | – | 3:33pm | C.O. Briggs | 2 |
| – | 11:11am | C.O. Miller | 1 | – | 4:35pm | C.O. Briggs | 1 |
| – | 2:05pm | C.O. Briggs | 1 | – | 6:53pm | C.O. Becker | 1 |
| – | 2:33pm | C.O. Briggs | 1 | – | 7:58pm | C.O. Johnson | 2 |
| – | 4:12pm | C.O. Briggs | 1 | – | 9:07pm | C.O. Becker | 2 |
| 12/3 | 7:07am | C.O. Briggs | 1 | – | 9:48pm | C.O. Becker | 2 |
| – | 7:13am | C.O. Briggs | 1 | 12/9 | 9:35am | Nurse Yvonne | 1 |
| – | 9:16am | C.O. Briggs | 1 | – | 12:55pm | Nurse Yvonne | 1 |
| – | 1:24pm | C.O. Briggs | 1 | – | 1:25pm | C.O. Bean | 1 |
| – | 1:47pm | C.O. Briggs | 1 | – | 1:37pm | C.O. Bean | 1 |
| – | 2:17pm | C.O. Everette | 1 | – | 4:57pm | C.O. Williams | 2 |
| – | 2:41pm | C.O. Gilmore | 1 | – | 6:15pm | C.O. Saverino | 1 |
| – | 4:20pm | C.O. Briggs | 2 | – | 7:41pm | C.O. Miller | 1 |
| – | 5:22pm | C.O. Briggs | 1 | – | 7:41pm | C.O. Rivera | 1 |
| – | 8:40pm | Nurse Melady | 1 | – | 8:51pm | Sgt. Nichols | 2 |
| – | 8:40pm | C.O. Johnson | 1 | – | 10:41pm | C.O. Miller | 1 |
| – | 10:33pm | C.O. Johnson | 1 | 12/10 | 9:30am | Nurse Yvonne | 1 |
| – | 11:47pm | C.O. Johnson | 1 | – | 9:45am | C.O. Ike | 2 |
| 12/4 | 9:38pm | C.O. Zertebak | 1 | – | 11:57am | C.O. Williams | 1 |
| – | 9:52pm | C.O. Zertebak | 1 | – | 2:30pm | C.O. Williams | 2 |
| 12/5 | 2:11am | C.O. Rivera | 2 | – | 4:38pm | C.O. Saverino | 1 |
| – | 9:31pm | C.O. Miller | 2 | – | 10:02pm | C.O. Saverino | 1 |
| – | 10:55pm | C.O. Miller | 2 | 12/11 | 6:35am | C.O. Briggs | 1 |
| 12/6 | 8:50pm | C.O. Humphries | 1 | – | 7:00am | C.O. Briggs | 1 |
| – | 11:24pm | C.O. Savarino | 1 | – | 9:10am | C.O. Briggs | 1 |
| 12/7 | 8:46am | C.O. Briggs | 1 | – | 9:35am | Nurse Yvonne | 1 |
| – | 9:15am | C.O. Briggs | 1 | – | 9:35am | C.O. Briggs | 1 |
| – | 9:36am | C.O. Briggs | 1 | – | 9:41am | C.O. Briggs | 1 |
| – | 11:40am | C.O. Briggs | 1 | – | 11:20am | C.O. Briggs | 1 |
| – | 1:19pm | C.O. Everette | 2 | – | 11:33am | C.O. Briggs | 1 |
| – | 7:02pm | C.O. Becker | 2 | – | 12:57pm | C.O. Briggs | 1 |

Case 3:21-cv-00341-DWD   Document 40   Filed 08/27/21   Page 13 of 39   Page ID #185

| Date | Time | offender | # | Date | Time | offender | # |
|------|------|----------|---|------|------|----------|---|
| 12/11/20 | 1:24 pm | C.O. Briggs | 2 | 12/16 | 11:18 pm | C.O. Hay | 2 |
| — | 2:00 pm | C.O. Briggs | 1 | 12/17 | 6:41am | C.O. Briggs | 1 |
| — | 2:50 pm | C.O. Briggs | 1 | — | 6:50 am | C.O. Briggs | 2 |
| — | 3:49 pm | C.O. Briggs | 1 | — | 7:35 am | C.O. Briggs | 2 |
| — | 4:08 pm | C.O. Briggs | 1 | — | 7:57am | C.O. Briggs | 1 |
| — | 4:20 pm | C.O. Briggs | 1 | — | 9:10 am | C.O. Briggs | 1 |
| — | 5:04 pm | C.O. Briggs | 1 | — | 9:27am | C.O. Briggs | 1 |
| — | 5:50 pm | C.O. Briggs | 1 | — | 11:00am | C.O. Briggs | 1 |
| — | 9:17 pm | C.O. Brown | 1 | — | 11:08am | C.O. Briggs | 2 |
| 12/12 | 7:38 pm | C.O. Becker | 1 | — | 11:27am | C.O. Briggs | 1 |
| — | 4:17 pm | C.O. Johnson | 1 | — | 12:47 pm | C.O. Briggs | 2 |
| — | 4:43 pm | C.O. Johnson | 1 | — | 4:07 pm | C.O. Everette | 1 |
| — | 10:32 pm | C.O. Brown | 1 | — | 7:35 pm | C.O. Becker | 2 |
| — | 10:34 pm | C.O. Bujnak | 2 | — | 11:46 pm | C.O. Nichols | 2 |
| — | 10:55 pm | C.O. Brown | 1 | — | 1:08 am | C.O. Brown | 2 |
| — | 11:22 pm | C.O. Brown | 1 | 12/18 | 12:08 am | C.O. Johnson | 2 |
| — | 1:35 am | C.O. Johnson | 2 | — | 12:34am | C.O. Nichols | 2 |
| 12/13 | 2:33am | C.O. Hay | 1 | — | 1:00am | C.O. Nichols | 1 |
| — | 3:10am | C.O. Hay | 1 | — | 2:08 pm | C.O. Bean | 1 |
| — | 3:58am | C.O. Brown | 1 | 12/19 | 9:00 am | C.O. Futrell | 1 |
| — | 8:05 pm | C.O. Brown | 1 | — | 9:53 am | Nurse Yvonne | 1 |
| — | 8:28 pm | C.O. Brown | 1 | — | 11:30am | C.O. williams | 1 |
| — | 9:03 pm | C.O. Brown | 2 | — | 11:39am | C.O. williams | 2 |
| — | 9:26 pm | C.O. Gumber | 2 | — | 12:19 pm | C.O. williams | 1 |
| — | 9:26 pm | Lt. Bujnak | 2 | — | 12:45pm | C.O. williams | 2 |
| — | 11:00 pm | C.O. Hay | 2 | — | 1:02pm | Nurse Yvonne | 1 |
| 12/14 | 12:13 am | C.O. Brown | 1 | — | 1:11pm | C.O. williams | 1 |
| — | 12:34am | C.O. Brown | 1 | — | 1:37 pm | C.O. williams | 2 |
| — | 6:00 pm | C.O. Miller | 2 | — | 2:04 pm | C.O. williams | 1 |
| — | 8:40pm | C.O. Miller | 2 | — | 2:27 pm | C.O. williams | 1 |
| — | 9:55 pm | C.O. Miller | 2 | — | 2:33 pm | C.O. williams | 2 |
| — | 10:29 pm | C.O. Miller | 1 | — | 2:55 pm | C.O. williams | 1 |
| — | 11:48 pm | C.O. Miller | 2 | — | 3:20 pm | C.O. williams | 2 |
| 12/16 | 9:36am | Nurse Yvonne | 1 | — | 3:46 pm | C.O. williams | 1 |
| — | 9:37am | C.O. Briggs | 2 | — | 4:06pm | C.O. williams | 2 |
| — | 11:41am | C.O. Briggs | 1 | — | 4:10 pm | C.O. williams | 2 |
| — | 10:39 pm | C.O. Nichols | 1 | — | 4:36 pm | C.O. williams | 1 |

December 2020
① Nose not Covered
② Nose and mouth not Covered

| Date | Time | offender | # | Date | time | offender | # |
|------|------|----------|---|------|------|----------|---|
| 12/20/20 | 9:36am | Nurse Yvonne | 1 | 12/24 | 10:01am | Nurse Yvonne | 2 |
| — | 10:09am | C.O. Everette | 1 | — | 11:06am | C.O. S. Williams | 1 |
| — | 2:34 pm | C.O. Everette | 1 | — | 11:19 am | C.O. Williams | 1 |
| — | 4:17 pm | C.O. Sabo | 2 | — | 1:15 pm | C.O. Williams | 2 |
| — | 7:37 pm | C.O. Johnson | 2 | — | 1:15 pm | Nurse Yvonne | 1 |
| — | 10:30pm | C.O. Johnson | 1 | — | 1:40 pm | C.O. Williams | 1 |
| 12/22 | 12:35am | C.O. Johnson | 1 | — | 2:04 pm | C.O. Johnson | 2 |
| — | 9:17am | C.O. Everette | 1 | — | 2:07 pm | C.O. Williams | 1 |
| — | 9:55am | C.O. Everette | 1 | — | 3:01 pm | C.O. Williams | 1 |
| — | 10:12am | C.O. Everette | 1 | — | 3:01 pm | C.O. Johnson | 2 |
| — | 10:29am | C.O. Everette | 1 | — | 3:42 pm | C.O. Williams | 1 |
| — | 12:00 pm | C.O. Everette | 1 | — | 4:48 pm | C.O. Williams | 1 |
| — | 1:13pm | Sgt. Scott | 1 | — | 4:53 pm | C.O. Williams | 1 |
| — | 2:03pm | C.O. Bean | 1 | — | 5:15 pm | C.O. Williams | 2 |
| — | 2:54 pm | C.O. Everette | 1 | — | 5:24 pm | C.O. Williams | 1 |
| — | 3:58 pm | C.O. Everette | 1 | 12/25 | 12:54am | C.O. Miller | 1 |
| — | 4:38 pm | C.O. Everette | 1 | | 8:12am | C.O. Briggs | 1 |
| — | 4:53 pm | C.O. Everette | 1 | | 9:25am | Nurse Yvonne | 1 |
| — | 5:06 pm | C.O. Everette | 1 | | 9:25am | C.O. Everette | 1 |
| — | 5:23 pm | C.O. Everette | 1 | | 11:38am | C.O. Briggs | 1 |
| — | 5:58 pm | C.O. Everette | 2 | | 1:08 pm | C.O. Everette | 1 |
| 12/23 | 12:35am | C.O. Hay | 2 | | 1:18 pm | C.O. Everette | 1 |
| | 11:25 am | C.O. Nichols | 1 | | 1:56 pm | C.O. Briggs | 2 |
| | 2:15 am | C.O. Nichols | 1 | | 4:16 pm | C.O. Briggs | 1 |
| | 10:06 am | Nurse Yvonne | 2 | 12/26 | 3:17 pm | C.O. Briggs | 2 |
| | 2:00 pm | C.O. Futrell | 2 | | 3:45 pm | C.O. Briggs | 1 |
| | 5:54 pm | C.O. Miller | 2 | | 6:05 pm | C.O. Nichols | 1 |
| | 8:07 pm | C.O. Miller | 2 | | 6:30 pm | C.O. Nichols | 1 |
| 12/24 | 5:30 am | C.O. Miller | 1 | | 6:58 pm | C.O. Nichols | 1 |
| | 7:08 am | C.O. B. Johnson | 2 | | 8:32 pm | C.O. Nichols | 2 |
| | 7:24 am | C.O. B. Johnson | 2 | | 9:15 pm | C.O. Nichols | 2 |
| | 7:42 am | C.O. S. Williams | 1 | | 9:34 pm | C.O. Johnson | 1 |
| | 7:58am | C.O. S. Williams | 2 | | 9:40 pm | C.O. Nichols | 2 |
| | 8:08am | C.O. S. Williams | 1 | | 10:08 pm | C.O. Nichols | 2 |
| | 8:40 am | C.O. S. Williams | 2 | | 10:33 pm | C.O. Nichols | ①1 |
| | 8:58 am | C.O. S. Williams | 1 | | 11:08 pm | C.O. Nichols | 2 |
| | 9:24 am | C.O. S. Williams | 1 | | 11:20 pm | C.O. Nichols | 1 |

December Master List

① Nose not Covered

② Nose and mouth not covered

| Date | Time | offender | # |
|------|------|----------|---|
| 12/27/20 | 12:13am | C.O. Nichols | 1 |
| — | 12:37am | C.O. Nichols | 2 |
| — | 1:21 am | C.O. Nichols | 1 |
| — | 2:16 am | C.O. Nichols | 2 |
| — | 8:18 pm | C.O. Hay | 2 |
| — | 9:22 pm | C.O. Hay | 2 |
| 12/28 | 1:46am | C.O. Hay | 2 |
| — | 2:08 am | C.O. Hay | 1 |
| — | 9:41am | Nurse Yvonne | 1 |
| 12/29 | 9:22 am | Nurse Yvonne | 1 |
| 12/30 | 8:03 am | C.O. Briggs | 1 |
| — | 3:03 pm | C.O. Everette | 1 |
| — | 3:15 pm | C.O. Everette | 2 |
| — | 4:48 pm | C.O. Everette | 1 |
| — | 5:16 pm | C.O. Everette | 1 |
| — | 8:35 pm | C.O. Becker | 2 |
| 12/31 | 7:56am | C.O. Gardner | 1 |
| — | 10:11 am | C.O. Briggs | 2 |
| — | 3:21 pm | C.O. Bean | 1 |
| — | 3:25 pm | Sgt. Scott | 1 |
| — | 6:47 pm | C.O. Hay | 2 |
| — | 7:07 pm | C.O. Hay | 2 |
| — | 8:50 pm | C.O. Becker | 1 |
| — | 9:45 pm | C.O. Hay | 2 |
| — | 10:48 pm | C.O. Hay | 1 |

① Nose not Covered

| Date | Time | Offender | # | Date | time | offender | # |
|---|---|---|---|---|---|---|---|
| 1/1/21 | 10:29am | Nurse Yvonne | 1 | 1/13 | 10:44pm | C.O. Brown | 2 |
| 1/1 | 1:35 pm | Nurse Yvonne | 1 | 1/14 | 12:34am | C.O. Brown | 1 |
| 1/2 | 4:49 pm | C.O. Williams | 1 | — | 1:56am | C.O. Brown | 1 |
| — | 9:05pm | Nurse Melody | 2 | — | 1:47 pm | Sgt. Scott | 1 |
| — | 9:05 pm | C.O. Miller | 1 | — | 2:27pm | C.O. Everette | 1 |
| 1/3 | 3:00 am | C.O. Miller | 2 | — | 8:03 pm | C.O. Brown | 1 |
| — | 2:24 pm | C.O. Williams | 1 | — | 8:04 pm | C.O. Becker | 2 |
| — | 4:36 pm | C.O. Williams | 1 | — | 8:29 pm | C.O. Brown | 1 |
| 1/4 | 11:56am | C.O. Everette | 1 | — | 8:50 pm | C.O. Brown | 1 |
| — | 3:30 pm | C.O. Fulton | 1 | — | 9:50 pm | C.O. Brown | 2 |
| 1/6 | 10:46am | C.O. S. Wilson | 1 | — | 10:48 pm | C.O. Brown | 1 |
| — | 11:14am | C.O. S. Wilson | 1 | — | 11:52 pm | C.O. Brown | 2 |
| — | 2:16pm | C.O. Bean | 1 | 1/15 | 12:34am | C.O. Brown | 1 |
| 1/7 | 11:47am | C.O. Williams | 2 | — | 1:28 am | C.O. Brown | 1 |
| — | 12:23pm | C.O. Williams | 1 | — | 1:29 pm | C.O. Casey | 2 |
| — | 1:40 pm | C.O. Williams | 1 | 1/18 | 8:02am | C.O. Brown | 1 |
| — | 2:08pm | C.O. Williams | 1 | — | 8:28am | C.O. Brown | 1 |
| — | 3:00 pm | C.O. Williams | 1 | — | 8:51am | C.O. Brown | 1 |
| — | 3:25 pm | C.O. Williams | 1 | — | 10:39am | C.O. Brown | 2 |
| — | 3:50 pm | C.O. Williams | 1 | — | 10:40am | C.O. Brown | 2 |
| — | 4:40 pm | C.O. Williams | 1 | — | 4:21pm | C.O. Brown | 1 |
| — | 4:50 pm | C.O. Williams | 1 | — | 4:37pm | C.O. Becker | 2 |
| — | 5:06 pm | C.O. Williams | 2 | — | 9:32 pm | C.O. Briggs | 2 |
| — | 5:24 pm | C.O. Williams | 1 | — | 9:34 pm | C.O. Briggs | 1 |
| 1/10 | 9:44am | C.O. Briggs | 2 | — | 11:57pm | C.O. Briggs | 1 |
| — | 2:07pm | C.O. Briggs | 1 | 1/19 | 2:29am | C.O. Briggs | 1 |
| — | 5:06 pm | C.O. Briggs | 1 | — | 10:36 am | C.O. Brown | 1 |
| — | 5:06 pm | C.O. Everette | 1 | — | 11:00 am | C.O. Brown | 1 |
| — | 7:00 pm | C.O. Brown | 2 | — | 1:42 pm | C.O. Brown | 2 |
| — | 7:00 pm | C.O. Becker | 2 | — | 2:05 pm | C.O. Brown | 1 |
| — | 10:41pm | C.O. Becker | 2 | — | 2:22 pm | C.O. Brown | 1 |
| 1/13 | 9:31am | Sgt. Scott | 1 | — | 5:08 pm | C.O. Brown | 2 |
| — | 10:12 am | Sgt. Scott | 1 | — | 6:34 pm | C.O. Everette | 1 |
| — | 8:27 pm | C.O. Brown | 2 | — | 8:15 pm | Sgt. Scott | 1 |
| — | 8:54 pm | C.O. Brown | 1 | — | 10:32 pm | C.O. Everette | 1 |
| — | 9:18 pm | C.O. Brown | 2 | — | 11:53pm | C.O. Everette | 1 |
| — | 9:33 pm | C.O. Brown | 1 | 1/20 | 12:50am | C.O. Briggs | 1 |

Jan 2021   Mask conflict   ① Nose not covered
② Nose and Mouth not covered

| Date | Time | Offender | # | Date | Time | Offender | # |
|------|------|----------|---|------|------|----------|---|
| 1/20/21 | 2:29 am | C.O. Briggs | 1 | | | | |
| - | 3:21 am | C.O. Everette | 1 | | | | |
| - | 4:37 am | C.O. Briggs | 1 | | | | |
| 1/22 | 7:02 am | C.O. Brown | 2 | | | | |
| - | 8:52 am | C.O. Brown | 1 | | | | |
| - | 9:14 am | C.O. Brown | 1 | | | | |
| - | 9:31 am | C.O. Brown | 1 | | | | |
| - | 9:32 am | C.O. Brown | 2 | | | | |
| - | 9:42 am | C.O. Brown | 1 | | | | |
| - | 3:15 pm | C.O. Brown | 1 | | | | |
| 1/23 | 5:27 pm | C.O. Hay | 2 | | | | |
| - | 9:08 pm | C.O. Everette | 1 | | | | |
| - | 9:16 pm | C.O. Everette | 1 | | | | |
| - | 10:36 pm | C.O. Everette | 2 | | | | |
| 1/24 | 11:14 am | C.O. Brown | 1 | | | | |
| - | 7:10 pm | C.O. Briggs | 1 | | | | |
| - | 7:35 pm | C.O. Briggs | 1 | | | | |
| - | 8:00 pm | C.O. Briggs | 1 | | | | |
| - | 9:27 pm | C.O. Briggs | 2 | | | | |
| - | 10:50 pm | C.O. Briggs | 2 | | | | |
| - | 11:01 pm | C.O. Everette | 1 | | | | |
| - | 11:29 pm | C.O. Briggs | 2 | | | | |
| 1/25 | 3:47 am | C.O. Briggs | 2 | | | | |
| 1/26 | 5:06 pm | C.O. Saverino | 1 | | | | |
| 1/27 | 10:00 am | C.O. Hay | 2 | | | | |
| - | 8:38 pm | Sgt. Scott | 1 | | | | |
| 1/28 | 1:44 am | Sgt. Scott | 1 | | | | |
| - | 4:14 am | C.O. Briggs | 1 | | | | |
| - | 10:42 am | C.O. Brown | 1 | | | | |
| - | 11:10 am | C.O. Brown | 1 | | | | |
| - | 1:07 pm | C.O. Brown | 1 | | | | |
| - | 1:46 pm | C.O. Brown | 2 | | | | |
| - | 2:12 pm | C.O. Brown | 1 | | | | |
| - | 2:43 pm | C.O. Brown | 1 | | | | |

| Date | Time | Offender | # | Date | Time | Offender | # |
|---|---|---|---|---|---|---|---|
| 10/27/2020 | 6:53 pm | C.O. Wilbourn | 2 | 11/4/2020 | 9:13 pm | C.O. Wilbourn | 2 |
| — | 10:36 pm | C.O. Wilbourn | 2 | — | 11:23 pm | C.O. Wilbourn | 1 |
| 10/28 | 5:22 pm | C.O. Brown | 1 | 11/5 | 10:23 am | C.O. K. Reed | 1 |
| — | 11:42 pm | C.O. Tharpe | 1 | — | 10:28 am | C.O. Gapher | 2 |
| 10/29 | 3:10 am | C.O. Tharpe | 1 | 11/6 | 1:12 am | C.O. Brown | 2 |
| 10/30 | 9:31 am | Nurse Yvonne | 2 | — | 1:12 am | Sgt. Chambers | 2 |
| — | 9:31 am | C.O. Briggs | 1 | — | 1:12 am | C.O. Johnson | 2 |
| — | 11:13 am | C.O. Briggs | 1 | — | 1:12 am | C.O. Kizart | 2 |
| — | 11:20 am | C.O. Briggs | 1 | — | 3:08 pm | C.O. Germane | 2 |
| — | 2:30 pm | C.O. Briggs | 1 | — | 11:43 pm | C.O. Miller | 1 |
| — | 2:30 pm | C.O. Everett | 1 | 11/7 | 1:00 am | C.O. Miller | 2 |
| — | 3:47 pm | C.O. Briggs | 1 | — | 7:56 pm | C.O. Miller | 1 |
| — | 4:14 pm | C.O. Briggs | 1 | — | 9:59 pm | C.O. Miller | 1 |
| — | 4:40 pm | C.O. Briggs | 1 | — | 11:43 pm | C.O. Miller | 2 |
| — | 4:51 pm | C.O. Briggs | 1 | 11/8 | 7:20 am | C.O. Futrell | 2 |
| — | 10:45 pm | C.O. Wilbourn | 2 | — | 9:20 am | Nurse Yvonne | 2 |
| — | 10:50 pm | Sgt. Chambers | 2 | 11/9 | 7:52 am | C.O. Briggs | 1 |
| — | 11:49 pm | C.O. Wilbourn | 2 | — | 10:36 pm | C.O. Wilbourn | 2 |
| 10/31 | 1:30 am | C.O. Wilbourn | 1 | 11/10 | 1:30 pm | C.O. Stard | 1 |
| — | 3:30 am | C.O. Wilbourn | 2 | — | 1:52 pm | C.O. Everett | 1 |
| — | 9:09 am | C.O. Briggs | 1 | — | 6:54 pm | C.O. Becker | 2 |
| — | 10:00 am | C.O. Everett | 2 | — | 9:42 pm | C.O. Becker | 1 |
| — | 2:10 pm | C.O. Briggs | 2 | — | 10:06 pm | C.O. Becker | 2 |
| — | 2:35 pm | C.O. Briggs | 2 | — | 10:46 pm | C.O. Becker | 2 |
| 11/1 | 3:50 pm | C.O. Briggs | 1 | 11/11 | 11:37 pm | C.O. Miller | 1 |
| — | 10:53 pm | C.O. Nichols | 1 | 11/12 | 9:49 am | Nurse Yvonne | 2 |
| — | 10:58 pm | C.O. Hay | 2 | — | 12:30 pm | | |
| 11/2 | 12:47 pm | Nurse Yvonne | 2 | 11/13 | 8:20 am | C.O. Briggs | 1 |
| — | 9:30 pm | C.O. Miller | 2 | — | 10:11 am | Nurse Yvonne | 1 |
| — | 11:40 pm | C.O. Miller | 1 | — | 10:52 am | C.O. Briggs | 1 |
| 11/4 | 7:50 am | C.O. Briggs | 1 | — | 11:02 am | C.O. Garner | 2 |
| — | 8:15 am | C.O. Briggs | 1 | — | 2:35 pm | C.O. Briggs | 2 |
| — | 9:30 am | C.O. Briggs | 1 | — | 3:00 pm | C.O. Briggs | 1 |
| — | 9:30 am | Nurse Yvonne | 2 | — | 4:37 pm | C.O. Briggs | 2 |
| — | 10:22 am | C.O. Briggs | 1 | — | 8:23 pm | C.O. Wilbourn | 1 |
| — | 11:15 am | C.O. Briggs | 1 | — | 9:05 pm | C.O. Wilbourn | 1 |
| — | 11:22 am | C.O. Briggs | 1 | — | 9:06 pm | C.O. Brown | 1 |
| — | 3:21 pm | C.O. Briggs | 1 | — | 9:07 pm | C.O. Wilbourn | |

| Date | Time | Offender | # | Date | Time | Offender | # |
|---|---|---|---|---|---|---|---|
| 11/13/2020 | 11:24 pm | C.O. Wilbourn | 2 | 11/23/20 | 1:43 pm | C.O. Fulton | 1 |
| 11/14 | 6:35 pm | C.O. Brown | 2 | 11/24 | 7:25 am | C.O. Briggs | 1 |
| 11/16 | 8:50 am | Sgt. Moore | 2 | — | 8:25 am | C.O. Briggs | 1 |
| — | 9:24 am | C.O. E. Williams | 2 | — | 8:48 am | C.O. Briggs | 1 |
| — | 11:20 am | C.O. E. Williams | 2 | — | 12:54 pm | C.O. Briggs | 1 |
| 11/17 | 9:39 am | Nurse Yvonne | 1 | — | 3:01 pm | C.O. Briggs | 1 |
| — | 12:47 am | C.O. Miller | 1 | — | 4:32 pm | C.O. Briggs | 1 |
| — | 8:35 pm | C.O. Miller | 1 | — | 5:01 pm | C.O. Briggs | 1 |
| 11/18 | 12:03 am | C.O. Miller | 2 | — | 8:53 pm | C.O. Johnson | 1 |
| — | 7:24 am | C.O. Briggs | 1 | 11/25 | 5:26 am | C.O. Wilbourn | 2 |
| — | 7:30 am | C.O. Briggs | 1 | — | 5:49 pm | C.O. Miller | 1 |
| — | 7:48 am | C.O. Briggs | 1 | — | 6:20 pm | C.O. Rivera | 2 |
| — | 8:12 am | C.O. Briggs | 1 | — | 7:16 pm | C.O. Miller | 2 |
| — | 8:38 am | C.O. Briggs | 1 | — | 7:25 pm | C.O. Miller | 1 |
| — | 10:04 am | C.O. Briggs | 1 | — | 8:40 pm | C.O. Miller | 2 |
| — | 10:04 am | Nurse Yvonne | 2 | — | 11:33 pm | C.O. Miller | 1 |
| — | 11:16 am | C.O. Briggs | 2 | — | 11:59 pm | C.O. Miller | 2 |
| — | 12:52 am | C.O. Briggs | 1 | 11/26 | 11:00 pm | C.O. Miller | 1 |
| — | 2:05 pm | C.O. Briggs | 1 | 11/27 | 2:34 am | C.O. Miller | 1 |
| — | 3:25 pm | C.O. Briggs | 1 | — | 7:45 am | C.O. Briggs | 2 |
| — | 3:46 pm | C.O. Briggs | 1 | — | 9:30 am | C.O. Briggs | 1 |
| — | 4:50 pm | C.O. Briggs | 1 | — | 9:30 am | Nurse Yvonne | 1 |
| — | 5:24 pm | C.O. Briggs | 1 | — | 11:15 am | C.O. Briggs | 1 |
| 11/19 | 10:25 am | C.O. Briggs | 1 | — | 12:46 pm | C.O. Briggs | 1 |
| — | 12:05 am | C.O. Briggs | 1 | — | 2:13 pm | C.O. Briggs | 1 |
| — | 2:36 pm | C.O. Briggs | 1 | — | 2:58 pm | C.O. Briggs | 1 |
| — | 3:25 pm | C.O. Briggs | 2 | — | 4:13 pm | C.O. Briggs | 1 |
| — | 4:28 pm | C.O. Briggs | 1 | — | 4:30 pm | C.O. Briggs | 1 |
| — | 5:04 pm | C.O. Briggs | 1 | — | 4:43 pm | C.O. Briggs | 1 |
| — | 10:36 pm | C.O. Becker | 2 | — | 5:00 pm | C.O. Briggs | 1 |
| 11/20 | 10:20 pm | C.O. Miller | 2 | — | 6:44 pm | C.O. Brown | 2 |
| 11/21 | 2:52 am | C.O. Miller | 2 | — | 7:35 pm | C.O. Becker | 1 |
| 11/22 | 7:28 pm | C.O. Rivera | 2 | — | 10:56 pm | C.O. Becker | 1 |
| — | 9:30 pm | C.O. Johnson | 2 | 11/28 | 7:04 am | C.O. Briggs | 1 |
| 11/23 | 9:15 am | Nurse Yvonne | 1 | — | 8:32 pm | C.O. Becker | 2 |
| — | 9:16 am | C.O. Briggs | 1 | — | 9:39 pm | C.O. Becker | 1 |
| — | 10:08 am | C.O. Briggs | 1 | 11/29 | 7:04 am | C.O. Briggs | 1 |
| — | 12:33 pm | C.O. Briggs | 1 | — | 7:55 am | C.O. Briggs | 1 |
| — | 12:57 pm | C.O. Briggs | | | 9:45 am | C.O. Everett | |

Oct - Nov Master list 2 ① Nose not covered
② Mouth and Nose not covered.

| Date | Time | offender | # | Date | Time | offender | # |
|------|------|----------|---|------|------|----------|---|
| 11/29/2020 | 10:50am | C.O Briggs | 1 | | | | |
| — | 11:45 am | C.O. Briggs | 1 | | | | |
| — | 3:00 pm | C.O. Briggs | 1 | | | | |
| — | 3:30 pm | C.O. Briggs | 1 | | | | |
| — | 4:28 pm | C.O. Everett | 1 | | | | |
| — | 5:25 pm | C.O. Everett | 1 | | | | |
| 11/30 | 12:11 am | C.O Nichols | 1 | | | | |
| — | 9:25 am | Nurse Yvonne | 2 | | | | |

 

*Sheriff Richard Watson*

**St. Clair County Sheriff's Department**
**700 N. 5th Street**
**Belleville, IL. 62220-4499**
**(618) 277-3505**

# JAIL SUPERINTENDENT COMPLAINT RESPONSE

### DATE: JUNE 10, 2020

### DETAINEE: CAMERON BELK

### #468008

In response to your complaint on June 9, 2020, as stated in my previous response on June 5, 2020, I reviewed and or addressed your concerns you brought to my attention during the meeting that took place on May 5, 2020. I interviewed Sgt. M. Green, C/O C. Germaine and C/O R. Reed and your allegations were unfounded. I reviewed your concern regarding complaint forms poorly answered and or unanswered to your standards. The complaints I reviewed were answered appropriately. Your concern regarding your cell temperature, water temperature and one of the four sinks in your cell not working was addressed with maintenance foreman and resolved. Your complaint of toilet flushing delay and sink delay is on a regulated timer, which is in place throughout the jail to avoid flooding. I spoke with Aramark supervisor regarding your complaint that the black beans are too salty and you reported they are not rinsed and served too often. Aramark supervisor advised they come in clean however they are rinsed an additional time prior to cooking. Supervisor also advised they are only served approximately every six months.

Reference complaint about your diet, blood pressure checks and medication. I spoke with Wexford Medical Administrator Warner regarding your concerns. Medical advised your recent blood test came back good and there is no need for a special diet. I also reviewed your hot tray items you have ordered such as hamburgers, pizza and etc. Warner also reviewed your medical chart and records indicate that you are currently taking all prescribed medication. Reference your complain that your blood pressure is not been checked, Warner checked your medical records and it is documented your blood pressure is checked 3 times a week.

Reference complaint that during sick call you were in the barber shop with detainees from other blocks and you did not feel comfortable.   I informed command staff that detainees waiting for sick call should only be one block in the barber shop at a time.

Reference complaint regarding COVID19 and cleaning your cell block.  You stated that the disinfected is water downed and does not meet your standards. I spoke with Supply Officer Riley and he confirmed the floor and cleaning products are anti-bacteria and or hospital grade cleaners.  Your cell bock is also sanitized weekly.  All detainees are now issued two body towels and each block is issued two table cleaning towels.

Reference your complaint that grievance process is very flawed and suspicious and does not meet your standards, is unfounded.  Reference your request to change complaint/request forms from two ply to three ply is denied.

MAJOR T. GRIME
JAIL SUPERINTENDENT

(1)

Major Grime,

In regard to your response dated June 10, 2020 which I recieved at 3:00 pm on June 11, 2020 from C.O. Tharpe, I was very dissapointed in your "surreptitious" response but not surprised!

1) In regard to our meeting on May 21, 2020 you stated that you interved Sgt. M. Green, C/O C. Germaine, and C/O Reed and my allegations were unfounded. I have many dates and several witnesses and names of several victims ~~whom~~ whom these 3 perpetrated their wrath on! You nor anyone asked for any investigative material from me, because you know my assertions are true. You decided to ask/warn these 3 of allegations which they obviously denied and that was sufficient for you to wrap up your reprehensible investigation.

a) Sgt. M. Green's behavior was overly aggressive, disrespectful, and unproffessional!! If I had cussed at Sgt. Green the way he spoke to me, I would have been the subject of one of the many unwarranted "Excessive force" beatings that have occurred off-camera here! Sgt. Green could have simply apologized for his behavior and I would have accepted his apology. However, he continues this type of behavior because he knows all he has to do is lie and say he didn't do it and his Supervisors will disregard the complaint! You in all your investigative prowess, didn't come to my cell block and ask anyone what happened! By not reprimanding Sgt. Green, you have subsequently encouraged him to continue in this lawless behavior!

b) I am personally aware of at least 6 occassions where C/O Germaine either directed me and other detainees to do harm to other detainees! I am additionally aware of occassions where he threatened to do physical harm to me and others! Several complaints were filed and no detainee recieved a reply! I am also a personal witness to one of his physical assaults on a detainee, and I saw the detainee submit a complaint form which was never answered. With all of these blatant civil rights violations no reasonable person could find allegations unfounded!

②

c) In regard to C.O. R. Reed you additionally stated that the many eye witness accounts and subsequent allegations were unfounded after you performed your interview with him.

I have witnessed his Violent, Overly Aggressive, Vulgar, Disrespectful, Gang-Like behavior on several occasions to Include 8-13-19, 8-31-19, 9-24-19, and 4-15-20. On 9-24-19 I witnessed another detainee almost suffer a mental breakdown when he saw C/O Reed being vulgar and overly aggressive with another detainee! He revealed to me that he was re-living a beating a few years earlier at the hands of C.O. R. Reed.

I witnessed C.O. R. Reed and several other of your staff members administer an unprovoked beating of a detainee! So, I invite you to have the FBI come in and perform a "real" interview! I'm certain their results won't come back "unfounded"! He will certainly be found as an agitator as opposed to a de-escalator!

In regard to your ▓▓ comment that you found my complaints about poorly answered and unanswered complaints were answered appropriately! Your tactic of adding a twist to my complaints hasn't gone unnoticed. You state they weren't answered to my standards when I say they weren't answered at all!

Not only are the complaints that are replied to not answered to my standards, but they shouldn't be answered to yours either. Obfuscation, obscuring, lieing, discarding, not answering at all or half answering questions, are entrenched in the culture that you are further perpetuating as you too have not even made a novel attempt at resolving my issues! At minimum you could have had Internal Affairs meet with me to discuss the criminal, unproffesional, overly aggressive, civil rights violating behavior that I continue to report to you! Whenever a fight/Altercation occurs in any cell block, your staff comes in the block and asks openly in front of everyone, "What happened?" You didn't even use that poorly designed tactic! This is because you know what I'm saying

(3

is true but you don't want to address it really or show any symbolence of holding your staff account able. I guarantee that you would have several responses from "Pre-trial" Detainees, contrary to the lies you recieved to my complaint/grievances if you had simply came to "I" Block and openly asked, rather than simply asking your Staff if they committed an offense and simply stopping the investigation there.

2) a) Mine and other detainees concerns regarding cell temperature went unanswered approximately 5 months, until I finally had a grievance meeting with you on 3-27-20 and we finally were relieved from cold air that blew into "I" block from the vents. We informed multiple guards, and supervisors on countless occasions about the inhumane temperatures that we were subjected to, and recieved no relief! I witnessed other detainees submit temperature complaints about the extreme cold in "I" block during the winter and never recieve a reply after the guard left the block with their complaint! We informed guards performing block checks, supervisors, nurses, and even pushed the emergency call button on several days to inform the "Bubble Operator" of our Emergency Situation in regard to extreme cold temperatures. We heard every reply you could imagine; 1) "I will let maintenance know" 2) "I can't do anything about the temperature" 3) "We can't do anything until maintenance is here" 4) "Maintenance at the Courthouse controls the temperature here" etc. By the time you contacted maintenance our complaints/grievances were almost Moot as cold temperatures had subsided for the most part.

b) The maintenance foreman did not resolve all of the sink issues! Some of our sinks still don't shut off when pushed! Sink water barely gets warm, forcing detainees to use shower water for coffee, tea, or Ramen Noodles. The cold water on the 1st sink as you enter into the sleeping area is still broken and has become worse! It now runs for approximately 5 minutes after use. Also on Tuesday June 16, 2020 at approximately 8:05 am maintenance cut the water

(4

off while I was urinating and another detainee was having a bowel movement! This is the 3rd time this has occurred! Our block already reeks when someone has a bowel movement due to close proximity in the cell block and poor ventilation. Please have maintenance inform detainees prior to cutting water supply as a simple act of decency and common courtesy, so we don't have to further smell the stench of marinating feces!

c) In regard to your comment that toilets and sinks throughout the jail are all on regulated timers, that statement is not accurate as several blocks that I'm aware of do not have regulated timers. There are 2 floor drains in the guard walk around "I" Block to prevent flooding. So using "potential flooding" as an obfuscatory reason to exaserbate unsanitary and inhumane conditions that Pre-trial detainees are subjected to, ammounts to cruel and unusual punishment! When and why was the last time a cell/cell block was flooded! In speaking with several detainees that frequent this place, they weren't aware of "I" Block ever or any other block being flooded, let alone on purpose by detainees! The only thing they could come up with was Pre-trial detainees whom were punished with disciplinary solitary segregation/confinement in Maximum Housing used to flood cells when they were mistreated/ignored or inhumanely treated by Jail Staff to get their attention! e.g. detainees weren't allowed State mandated 1 hour out of cell recreation daily, detainees weren't allowed showers, or medical issues etc. were ignored by staff!

3) In regard to my Black Beans Complaint, I would ask that you read my complaints/grievances carefully prior to answering "half-cocked" as you and your staff continue to do. My complaint is that most of the beans served here are salty, but black beans are served exceptionally salty, I don't know what Aramark Supervisor you spoke with but I do know that most of "I" Block couldn't eat the Black Beans on 4-27-20 at 11:00am Lunch and 5-9-20 at 11:00am Lunch. This is not even 2 full weeks apart contrary to the

5)

6 month lie the Aramark Supervisor told you! You stated that Aramark Supervisor stated that Black Beans come in "clean" and they are rinsed an additional time prior to cooking. Black Beans as I stated in my original grievance are not and can not be pre-cleaned as they must be preserved in extreme ammouts of sodium. The Black Beans absolutely were not rinsed as many of us spit them out when tasting all of the sodium! Since I don't eat the meat items here due to them irritating my stomach and making me sick, it is important that the beans I am served are edible! With you and Captain Collins taking me off my special diet for complaining about cold food as Dr. Marcowitz informed me, I am limited in what I can eat! I give meat items on my tray away to other detainees every day at each meal! Please inform Aramark Supervisors it is always better to "fix" a mistake than to lie about it to someone who may know better!

4) You stated you spoke to Wexford Medical Administrator Warner regarding my concerns! Firstly, medical should not be discussing my medical file with you or Captain Collins without my permission first. This is a blatant Hippa Violation as well as obvious Collusion by defendants in a federal Lawsuit! I'm aware that you have been violating my rights for several months, by reading and discussing my medical records with Wexford Health Services. I ask you the same question again, "Why haven't you ordered me to be taken to a reputable hospital to be checked out to err on the side of caution! You continue to direct me Wexford Health Services whom have also deprived me of appropriate medical care and are defendants in a federal Lawsuit brought forth by me. You, your staff and Wexford continue to engage in colluded indifference against me. I have watched staff send detainees to the hospital for rashes they obtained from the black mold this jail has been infested with for several years. I have seen many detainees taken to the hospital for a miriad

6)

of reasons far less serious than the 4 T I A Strokes I have suffered here! Many of these detainees did not require a Doctor's approval to go to a hospital! Staff here has the latitude to send me to the hospital, especially you! The facility physician told me on 6-16-20 that at this point he doesn't think I need to go to the hospital! So, you continuing to direct me to Dr. Marcowitz whom you are directing is but a smokescreen! I am in need of an MRI and a full medical evaluation! I would prefer to be sent to St. Louis University Hospital where my Neurologist practices. You are obviously in charge of the Wexford Staff as they have been following your directives in regard to me! I am suffering needlessly from many conditions from T I A Strokes I've suffered here which have gone undiagnosed for more than a year!

Also, a blood test for your information should not be the only determining information for a special diet. I also have informed the facility Physicians (Larson and Marcowitz) and Captain Collins for over a year that the low grade meats served here irritate my stomach and make me sick! That should be enough for any physician whom has taken an hippocratic oath to preserve life and treat patients fairly and with dignity and respect.

Before coming to this facility, I had recently renewed my CDL Class A Driving License which I had to have a physical. My blood pressure was verified as being under control! So your reviewing of my hot trays orders and subsequent comments carry absolutely no weight, especially since I share my hot trays with others. I know very well how to control my sodium intake, and I know the daily sodium limits my Neurologist and Primary Care Physician have prescribed and I follow them. The food served here is my issue as noone to include Aramark Supervisors have any idea of the high sodium levels in the unbalanced meals they serve.

7)

My blood pressures have been great lately because I don't eat breakfast except for an occasional oatmeal, and I don't eat hardly any of the other meals.

My family has been spending ungodly ammounts of money on the extortion priced commissary here that would make a "Mob Boss" shiver.

In regard to your reply to my complaints about medications, Blood Pressure Checks etc.

You may want to choose another person to use as a proffessional reference point other than Nurse Warner, as her extreme lack of Candor and tampering with medical records will be her undoing in court one day soon! Prayerfully, she will have to undergo a polygraph as well. Anything that she states should be viewed as an subterfuge response to hide the truth! e.g. In a recent grievance where you conducted one of your arbitrary and capricious investigations you replied that I am currently taking all prescribed medications. However, you failed to appropriately reply to my grievances! My grievances described several dates where I didn't recieve all my medication which prevent further strokes, seizures/spasms and it caused me to suffer physically and mentally, needlessly! A person whom has suffered from previous strokes suffers from extreme mental anguish when they are deprived of critical medications, that prevent strokes. Additionally, I suffered from increased seizures/spasms due to medication deprivation. Nurse Warner's own staff pointed the blame to her stating that Nurse Warner inaccurately stated I didn't recieve a medication which I do, and her continued failure to reorder my medications in a timely manner so I don't run out of life saving prescriptions.

Additionally in a grievance addressed to you but answered by the illusive Captain Collins, I complained about Dr. Marcowitz not weering a mask in the midst of a Covid-19 pandemic as well many other staff members here. He again only replied partially with a repeated lie told by Nurse Warner, (Re: (mph 5-27-20) Not only did Dr. Marcowitz not have a mask on, he didn't

8)

have one lying on his desk or anywhere near him, and none of his staff to include Nurse Warner had on a mask either. The only person that had on a mask during a worldwide Covid-19 Pandemic was C.O. Nichols! Several detainees whom visited Dr. Marcowitz and Wexford staff around the same time period also state Dr. Marcowitz didnot wear a mask when he saw them, nor did many of his staff members. Additionally, on 6-5-20, and 6-8-20 Nurse Warner whom continues to lie in the midst of a federal lawsuit did not have on a mask!

5) Reference your comment that I didn't feel comfortable being in the Barber Shop with detainees from other blocks, I will make it even more clear since you seem not to understand my very "plain" vernacular. I'm not afraid or uncomfortable around detainees, I'm more afraid and uncomfortable around the pervasive lawless staff here disguised as Correctional Officers. In my grievance I complained that I along with other detainees was being put at an extreme health risk during the Covid-19 Pandemic to be moved to an unclean and unsanitized barbershop, (hair in and on bars that has been there for months before the pandemic was still there on 6-13-20 when "I" black visited the barbershop) with detainees from other blocks knowing how wreckless this facility has handled the Covid-19 Pandemic and how Staff continues to not wear masks at all or wear them incorrectly with their nose and mouths exposed while interacting with detainees, I also am aware of detainees who had extremely high temperatures when tested in the Sally Port but were held with other detainees in booking and the "Drunk Tank" together for up to two days prior to being quarantined! Detainees are then moved from block to block with total wreckless disregard for safety.

6) Reference your comment in regard to my Covid-19 complaint. The generic bottles written on with a Sharpie not only doesn't meet my standards as you patronizingly state continously it doesn't meet OSHA Standards either! Floor soap can not be placed in a spray bottle and then labled "Disinfectant." Even

9)

if it was disinfectant which it isn't, it by law, should be dispensed with a MSDS (Material Safety Data Sheet) to the end user! Weekly Electrostatic Cleaning which started 5-26-2020, almost 6 months into the Covid-19 pandemic is a waste of time and may be a futile effort and waste of money if basic hygiene like hand washing, etc. can't be accomplished. Masks not being worn properly, guards gloves not changed frequently, trustees going from block to block cleaning, passing and picking up food trays with no mask, water locked out frequently not allowing hand washing, areas where detainees are moved to like the gym and barbershop, law library not only aren't sanitized, they don't recieve basic cleaning. The gym has been in absolutely deplorable condition on 2 recent occasions! The law library had blood on the floor and wall on 3 occasions when "I" Block was moved there for a "block search"!

7) We are human beings and it is deemed unacceptable not to have cleaning supplies readily available! We currently have 18 men in "I" block which is a 16 man dorm, but have no cleaner to clean toilet between uses!
Dealing with the constant sewer gnat infestation and toxic black mold infestation throughout this facility which have been ignored for many years is enough for pretrial detainees to contend with! We should not have to suffer through more unsanitary living conditions. Recently, it took over 15 minutes to get basic cleaning supplies after a detainee vomited in the Dayroom on 6-5-2020, but we were refused bleach or germicides.

8) The two table cleaning towels are a much welcomed addition as it helps us to save our toilet paper and not use it to clean up spills. However, many of us are confused as to who decided to give us an additional bath towel and why? It would not lessen the Dictator-Like Power staff here feels it must wield, by simply talking with detainees to find out their basic needs! We didn't have anywhere to hang the towels we already had. That money could have been used for much more needed basic hygiene items like deodorant for detainees

10)

upon admittance, or as well for indigent detainees to eliminate some of the stench in the cell blocks we are confined to 24 hours per day! An additional pair of underwear would had been a better investment as adult men are issued only "1" underwear when admitted to this facility. What are detainees supposed to wear when they send that lone pair of underwear to the laundry? Grown men additionally have to walk around in sheets/blankets that look like they're wearing a dress, when they put the "1" orange jumpsuit they are issued in the laundry. Maybe everyone could be issued a 2nd jumpsuit or a pair of the grey shorts sold on commissary! Maybe Keefe will give the facility a discount on the $3.00 shorts that we pay $13.29 - $18.83 for.

9) Reference your comment about my complaint that the grievance proccess is flawed, and suspicious!
When I make a complaint I don't take shots in the dark as you very well know! You also are not ignorant to the fact that detainee complaints/grievances dissapear often at the hands of your staff due to detainees having to submit both pieces of the duplicate form, leaving them with no reciept/evidence of complaint/grievance. Thus, of course it removes all of your accoutability from the non-transparent proccess by not offering these forms in triplicate so detainees have a reciept! I know of several detainees whom have submitted grievances on block temperature, guard violence, guard hired assaults by other detainees etc., that were never answered! Several staff members here have openly stated that they throw complaints, grievances away! Your denial to add integrity to the grievance proccess speaks volumes! Lawless Law Enforcement is what all of the protests worldwide are about!
Your leadership team has followed your lead, further perpetuating a racist, abusive, volotile culture that you continue to promote by default! (lack of action)

(11)

As Pretrial Detainees, we never see your leadership team unless there is an incident, such as a fight in the cell blocks we are confined to 24 hrs. per day. Or on a rare occassion when they are covering a guard for a block/cell check, where they come through at "blistering" speeds to ensure detainees don't ask them anything. (Sgt. Chambers is the only exception) The only occassions I have ever seen yourself or Captain Collins in 16 months come all the way in a cell block where I was, occurred on 9-16-19 at 9:40 am when you and he came into "I" Block threatening Pretrial detainees with a 72 hour lockdown with no priveleges if we didn't remove gang graffiti from walls that previous detainees had left behind! Also, on February 12, 2020 Captain Collins came through "I" Block with Attorney's from Equip for Equality, who were here to investigate treatment and conditions for people with mental illness and those in need of mental health treatment. Not only are people with mental illness ignored and mistreated, detainees with no mental illness history when they arrived are driven toward mental illness by constant maltreatment/mistreatment by your staff which goes unpunished/uncorrected!

10) A great determining factor as to whether ones management style is effective is if the manager is more proactive than reactive! I would unequivocally assert that the management style here is reactive, laden with a historic lack of candor to hide bad/illegal practices! Many of your own staff complain to us about how unproffesionally this place is run! Many state how they can't wait to retire or go to the streets on patrol as a Sherrif's deputy, to escape this place. One of the prime examples of disorganization here is the "Block Officer." The Block Officer is the person that detainees are supposed to address concerns/needs to. However, detainees rarely see the block officer and when we do, the block officer is "too busy". How are guards too busy to care for the needs of detainees whom are the essential reason for their employment? The guards that come through the cell blocks twice per hour

12)

are disgruntled and borderline hostile when detainees ask them to relay a message to our hard to contact "Block Officer"! 3 officers who consistantly engage in the very unproffesional, ignorant tactic of flatout ignoring detainees speaking to them are C.O. Sabo, C.O. Humphries, and C.O. Cruz. On a recent occassion as C.O. Cruz came through "I" Block, a detainee politely called C.O. Cruz 3 times after lockdown so there was no background noise! C.O. Cruz ignored him as usual which upset the detainee who then called C.O. Cruz a sorry bitch as he exited the block, C.O. Cruz came back into the block and unplugged the television to punish not only the individual but to engage in secondary punishment on the rest of us detainees! All which derived from his unwillingness to do his job! C.O. Cruz's deplorable behavior is indicative of the "rewarded" entrenched culture here!

On 6-13-20 a detainee ran out of toilet paper (from the 1 roll we are issued weekly) and he asked every guard that came through the block for toilet paper! 5 hours later he finally recieved the toilet paper!

Illinois Department of Corrections Prison Wardens, come through cell blocks regularly and actually speak to inmates to ensure that issues like this don't persist and to discourage "bad" Correctional Staff behavior. These Wardens actually address issues instead of ignoring them as you and your staff consistantly have done. You don't check with us to ensure we don't have issues and we are "Pre-Trial Detainees"! Your job is to detain us, not "Punish" us, as we are presumed innocent until proven guilty in a court of Law.

However, you and 90% of your staff act as Concentration Camp Crews; wantonly disregarding constitutionally guaranteed human and civil rights of Pretrial detainees! I am aware of several detainees whom have complained/grieved conditions here and were ignored several times, then were subsequently retaliated against and or punished for their persistence in grieving conditions.

(3)

History will not shine favorably upon the travesty's committed here, and which continue to occur under your tyrannystic leadership!

Shouldn't persons whom work in the Justice System have the fortitude to mete out justice? Just as Minneapolis Police Officer Chavin choked the life out of George Floyd by having his knee on Floyd's neck, you and your staff are choking the life out of Justice and and law enforcement that is honest, by having your proverbial knee on mine and other "Pretrial Detainees" necks.

(1) You failed to reply to these concerns which I grieved and were additionally grieved in our meeting on May 21, 2020;

a) Why Lt. Strubberg is asking other detainees about me? Reference Complaint/Greivance Date

b) Lt. Penier lieing in grievance responses

c) Sgt. Green Lieing in grievance responses

d) Dr. Marcowitz stated that administration put me on a regular diet and took me off a special diet not him.

e) You failed to reply as to which of the many ½ and non answered complaints/grievances I filed, that you thought were answered appropriately after you "Reviewed" them.

I would respectfully ask that you refrain from your condascending comments when replying to my very valid grievances. My grievances can be fixed by you so there is no need to make it seem personal, you just happen to manage a "broken" operation! However, if you don't desire to fix this "operation, resignation should be a key consideration for you, Captain Collins and many of your staff whom have by design ruined the lives of many detainees through constant human rights and civil rights violations. These same damaged "souls" return to many St. Clair County Communities thus, you all have caused widespread damage throughout the County! Since you have continued to find all of my valid allegations

(14)

untounded, while essentially investigating yourself, I
invite you to send the FBI and U.S. Department of Justice
to see me and let's see what they discover! I'm
sure there result's will be vastly different from
yours!
The Bible states, "What's done in the dark, will
one day come to light!"

Very dissapointed,
Cameron Belk Sr. #468008
6-24-20

※ Legal Mail

Camaron Belk Sr. #68008
St. Clair County Jail
700 N. 5th Street
Belleville, IL 62220

Clerk
United States District Court
750 Missouri Ave.
East St. Louis, Illinois 62201

MAIL CLERKED
US MARSHALS



RECEIVED

AUG 2 7 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL